ment there in pursuance of an agreement of the parties to compromise and settle the litigation.

We conclude that the better practice is to reverse and remand, as prayed for, and that will be done, at the cost of appellant.

It is so ordered.

## MARYLAND CASUALTY CO. v. BRAKE-BILL.

### No. 10703.

Court of Civil Appeals of Texas.
San Antonio.
July 5, 1939.

Kerr & Gayer, of San Angelo, and G. A. Wynn, of Sonora, for appellant.

John C. Patterson, of Mexia, and C. S. Farmer, of Waco, for appellee.

SMITH, Chief Justice.

In this case the parties have filed their joint motion to advance submission and reform and affirm the judgment for a specific amount, or, in the alternative, to reverse the judgment and remand the cause to the trial court for the purpose of entering judg-